**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Direct Fax: 602.262.5747
Email: Stephen.Bressler@wbd-us.com

**Adam T Reich** (State Bar No. 28843)
Direct Dial: 602.262.5720
Email: Adam.Reich@wbd-us.com

**Kendra L. Cobb** (State Bar No. 036508)
Direct Dial: 602.262.5347
Email: Kendra.Cobb@wbd-us.com

*Attorneys for Defendant LG Electronics USA, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United Services Automobile Association a/s/o Sgt. Sean Stoddard,<br><br>                  Plaintiff,<br><br>   v.<br><br>LG Electronics USA, Inc.,<br><br>                  Defendant. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant LG Electronics USA, Inc., ("Defendant", "LG USA", or "LG") gives notice of its removal of this action from the Pinal County Superior Court to the United States District Court for the District of Arizona. This Court has diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and LRCiv 3.6. In support of this removal, Defendant provides the following information.

**1.     Background.**

Plaintiff United Services Automobile Association ("USAA") a/s/o Sgt. Sean Stoddard filed the Complaint against Defendant in the Pinal County Superior Court. It was assigned case number S1100CV202501685.

4912-4081-4163.1

Plaintiff's Complaint alleges that the Defendant is strictly liable and negligent for the design, manufacture, and sale of a washing machine that allegedly caused flooding on the lower level of the insured's property. (*See generally* Ex. A, Complaint.)

Plaintiff seeks $134,708.61 in property and other damages, and attorneys' fees and costs pursuant to A.R.S. § 12-341. (Ex. A, Complaint.) As discussed in section 30 below, this exceeds the required minimum threshold amount to remove a case to federal court.

As discussed in section 0 below, the removal is timely. LG USA's statutorily designated agent for service of process, the Corporation Service Company, received service of process on June 12, 2025. (Ex. B, Service Documents.)

LG USA has not filed an Answer or otherwise responded to Plaintiff's Complaint.

**2.     This Removal Is Timely.**

This removal has been filed within 30 days of service. For purposes of removal, LG USA's designated agent for service of process was served on June 12, 2025. (Ex. B, Service Documents.) *Anderson v. State Farm Mut. Auto. Ins. Co.*, 917 F.3d 1126, 1130 (9th Cir. 2019) ("The thirty-day removal clock under 28 U.S.C. § 1446(b)(1) does not begin upon service on and receipt by a statutorily designated agent," it begins when the defendant actually received the complaint from its statutory agent.).

Thus, this removal is timely under 28 U.S.C. § 1446(b) because it is being filed within 30 days from the date on which LG USA received the Complaint.

**3.     This Court Has Diversity Jurisdiction.**

Diversity jurisdiction exists where: (1) the suit is between citizens of different states; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs. *Lee v. Am. Nat'l Ins. Co.*, 260 F.3d 997, 1004 (9th Cir. 2001). These requirements are met.

**A.     There is Complete Diversity of Citizenship Between All Parties.**

For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of every state where it has been incorporated and where it has its principal place of business.

4912-4081-4163.1

28 U.S.C. § 1332(c); *Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010) ("'[P]rincipal place of business' refers to the place where the corporation's high level officers direct, control, and coordinate the corporation's activities."). There is complete diversity between Plaintiff and Defendant.

### i. USAA is a Citizen of Texas.

USAA was incorporated in and has it principal place of business in Texas.[1]

### ii. Sgt. Sean Stoddard is a Citizen of Arizona

First Sergeant Sean Stoddard is an USAA insured. According to the Complaint, he resides in Florence, Arizona. He is an Arizona citizen.

### iii. LG USA is a Citizen of Delaware and New Jersey.

LG is incorporated in Delaware and has its principal place of business in New Jersey.

**B.     The Amount In Controversy Exceeds $75,000.**

Where there is diversity of citizenship, the "district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a).

The amount in controversy exceeds $75,000. Plaintiff seeks $134,708.61 in monetary damages, excluding claims for interest, attorneys' fees, and costs. (Ex. A, Complaint ¶ 16.) This amount exceeds the jurisdictional limit.

**4.     Defendant Has Met all Other Requirements for Removal.**

**A.     Copy of State Court Record Attached.**

Pursuant to LRCiv 3.6(b), a copy of each of the following documents is separately attached and filed herewith: (1) Supplemental Civil Cover Sheet; (2) the most recent state-court docket; (3) the Complaint; (4) service documents; and (5) verification of the

---

[1] Plaintiff alleges that it was an insurance carrier operating in Arizona at all relevant times. (*See* Ex. A, Complaint ¶ 1.)

4912-4081-4163.1

3

removing party or its counsel that true and correct copies of all pleadings and other documents filed in the state court proceedings have been filed. (*See* Ex. C, Cobb Declaration.)

### B. Defendant Has Noticed Maricopa County Superior Court Clerk and Plaintiff.

Defendant is filing a copy of this Notice of Removal with the Clerk of the Maricopa County Superior Court today pursuant to 28 U.S.C. §1446(d) and LRCiv 3.6(a). Defendant is also providing Plaintiff with written notice of the filing of this Notice of Removal today through its counsel.

**5.  This Court Should Accept Removal.**

Defendant respectfully requests the Court accept this Notice of Removal, assume jurisdiction of this case, and issue such further orders and processes which may be required to bring before it all parties necessary for the disposition of the same.

DATED this 11th day of July, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Stephen M. Bressler*
    Stephen M. Bressler
    Adam T. Reich
    Kendra L. Cobb
    *Attorneys for Defendant LG Electronics USA, Inc.*



4912-4081-4163.1

4

# **CERTIFICATE OF SERVICE**

I hereby certify that on 11th day of July, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Garrett M. Culver
Brian K. Partridge
Melissa R. Greaves
Eric W. Logvin
Ryan A. Dorn
Joy L. Riddle
Law Office of James R. Vaugh, P.C.
11445 E. Via Linda
Suite 2-610
Scottsdale, AZ 85259
Attorney@recoveryatty.com
*Attorneys for Plaintiff*


By: */s/ Frances Lansberry*

4912-4081-4163.1