**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Stephen M. Bressler** (State Bar No. 009032)
Direct Dial: 602.262.5376
Direct Fax: 602.262.5747
Email: Stephen.Bressler@wbd-us.com

**Adam T Reich** (State Bar No. 28843)
Direct Dial: 602.262.5720
Email: Adam.Reich@wbd-us.com

**Kendra L. Cobb** (State Bar No. 036508)
Direct Dial: 602.262.5347
Email: Kendra.Cobb@wbd-us.com

*Attorneys for Defendant LG Electronics USA, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION A/S/O SGT. SEAN STODDARD<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS USA, INC.,<br><br>Defendant. | No.<br><br>**DECLARATION OF KENDRA L. COBB** |

I am an Associate at the law firm of Womble Bond Dickinson (US) LLP and one of the attorneys of record for the Defendant in this matter.

On July 11, 2025, Frances Lansberry, a legal practice assistant with my office and under my supervision, reviewed and printed the Pinal County Superior Court docket.

Exhibit A attached to the Notice of Removal filed simultaneously herewith constitutes true and complete copies of all pleadings and other documents filed in the state court proceeding, *United Services Automobile Association a/s/o Sgt. Sean Stoddard v. LG Electronics USA, Inc.,* Case No.: S1100CV202501685.

I declare under penalty of perjury that the foregoing is true and correct.

4937-9258-9907.1

1  DATED this 11th day of July, 2025.

2                                              WOMBLE BOND DICKINSON (US) LLP

3                                              By:    /s/
                                                      Stephen M. Bressler
4                                                     Adam T. Reich
                                                      Kendra L. Cobb
5                                                     *Attorneys for Defendant LG Electronics USA, Inc.*

4937-9258-9907.1

2

# CERTIFICATE OF SERVICE

I hereby certify that on 11th day of July, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Garrett M. Culver
Brian K. Partridge
Melissa R. Greaves
Eric W. Logvin
Ryan A. Dorn
Joy L. Riddle
Law Office of James R. Vaugh, P.C.
11445 E. Via Linda
Suite 2-610
Scottsdale, AZ 85259
Attorney@recoveryatty.com
*Attorneys for Plaintiff*

By: */s/ Frances Lansberry*

4937-9258-9907.1

3