**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** United Services Automobile Association a/s/o Sgt. Sean Stoddard , ; | **Defendant(s):** LG Electronics USA, Inc. , ; |
| County of Residence: Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pinal | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Garrett M. Culver ,** <br> Law Office of James R. Vaugh, P.C. <br> 11445 E. Via Linda, Suite 2-610 <br> Scottsdale, AZ  85259 <br> 602.279.0778 | **Stephen M. Bressler ,** <br> Womble Bond Dickinson (US) LLP <br> 201 E. Washington Street, Suite 1200 <br> Phoenix, AZ  85004 <br> 602.262.5376 |

**IFP REQUESTED**

**REMOVAL FROM Pinal COUNTY, CASE #S1100CV202501685**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 4. Diversity (complete item III) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | 5 Non AZ corp and Principal place of Business outside AZ |
| Defendant:- | 5 Non AZ corp and Principal place of Business outside AZ |
| <u>IV. Origin</u> : | 1. Original Proceeding |
| <u>V. Nature of Suit</u>: | 1. Original Proceeding |
| <u>VI. Cause of Action</u>: | 28 U.S.C. §§ 1332, 1441 and 1446 - this Court has diversity jurisdiction |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |
| Dollar Demand: | |
| Jury Demand: | No |
| <u>VIII. This case</u> **is not related** to another case. | |

**Signature:** <u>Stephen Bressler</u>

     **Date:** <u>July 11, 2025</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014